Avi Burkwitz, Esq., Bar No.: 217225
aburkwitz@pbbllp.com
Darren V. Pang, Esq., Bar No.: 294979
dpang@pbbllp.com
**PETERSON · BRADFORD · BURKWITZ**
100 North First Street, Suite 300
Burbank, California 91502
Tel. 818.562.5800
Fax 818.562.5810

Attorneys for Defendant COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.C., by and through his Guardian Ad Litem SERGIO CARDENAS, SR.<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a government entity; SOUTH CENTRAL LOS ANGELES REGIONAL CENTER, a private nonprofit community agency; LOS ANGELES UNIFIED SCHOOL DISTRICT. a public entity; ABC UNIFIED SCHOOL DISTRICT, a public entity; COLLEGE HOSPITAL, a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:  2:21-cv-6163<br><br>**NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1441(a) AND 1446(a)-(b) BY DEFENDANT COUNTY OF LOS ANGELES**<br><br><br><br>Complaint Filed: June 07, 2021 |

**TO THE UNITED STATES DISTRICT COURT AND PLAINTIFFS**

**THROUGH THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant County of Los Angeles ("County"), hereby removes this action from the Superior Court for the State of California, County of Los Angeles, to the United States District Court for the Central District of California.  The removal is made pursuant to 28 USC §§ 1441 and 1446 and is

1

N:\files\2565-Cardenas Sr. (COLA)\Pleadings\Notice of Removal\p-Ntc of Removal (Fed).docx

based on the following:

## I.   REMOVAL AND VENUE ARE PROPER

This civil action appears to arise from alleged wrongdoing in connection with an underlying juvenile dependency proceeding in Los Angeles County involving Plaintiffs, Sergio Cardenas, Sr. and "S.C." (collectively referred to as "Plaintiffs") and several named Defendants.  Of import, Plaintiffs allege various claims and/or violations of state and federal law, warranting removal of this Action to Federal Court.

Specifically, Plaintiffs' Complaint sets forth the following seven (7) causes of action, as to Removing Defendant, which are repeated for each named defendant for a total of thirty-five (35) causes of action:

1) Negligence and Negligent Supervision;

2) Violation of Mandatory Statutory Duties;

3) Unruh Civil Rights Act – Cal. Civ. Code §§ 51, *et seq.*;

4) Violation of California Government Code § 11135;

5) Violation of Civil Rights – 42 U.S.C. § 1983;

6) Americans With Disabilities Act – 42 U.S.C. §§ 12101 *et seq.* and 12181, *et seq.*; and

7) The Rehabilitation Act, Section 504 – 29 U.S.C. §§ 794, *et seq.*

(*See* Declaration of Darren Pang, Esq., in Support of Defendant's Removal ("Pang Decl."), ¶2; **Exhibit A**, a true and correct copy of Plaintiffs' Complaint filed in the State Court on June 7, 2021).  As three of the causes of action expressly invoke federal law (alleged violations of 42 U.S.C. Section 1983, 42 U.S.C. §§ 12101 *et seq.* and 12181, *et seq.*, and 29 U.S.C. §§ 794, *et seq.*) against this removing Defendant, this Court has original jurisdiction over Plaintiffs' claims and removal of this action is proper.

///

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

2

**NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO FEDERAL
COURT PURSUANT TO 28 U.S.C. §§ 1441(a) AND 1446(a)-(b)
BY DEFENDANT COUNTY OF LOS ANGELES**

N:\files\2565-Cardenas Sr. (COLA)\Pleadings\Notice of Removal\p-Ntc of Removal (Fed).docx

## II.     PROCEDURAL POSTURE

On June 7, 2021, Plaintiffs filed this action in the Superior Court of the State of California, County of Los Angeles, entitled *S.C. v. County of Los Angeles et al.*, California Superior Court for the County of Los Angeles Case No. 21STCV21246. (Pang Decl., ¶2.) The County was served on July 23, 2021. (Pang Decl., ¶3.) Upon information and belief, Defendants ABC Unified School District, Los Angeles Unified School District, College Hospital, and South Central Los Angeles Regional Center have not been served, and County does not know if and who will represent these entities/persons. (Id.)

Under 28 USC § 1446(b), a defendant has thirty (30) days to remove an action once defendant has been served with a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based. Here, removal is timely as it is sought within thirty (30) days of July 23, 2021, the date the County was served. (Pang Decl., ¶4.) A true and correct copy of the State Court Docket is attached to the Pang Decl., ¶5 as **Exhibit B**.

## III.     THE QUESTION OF FEDERAL JURISDICTION

A case may be removed from state to federal court if the action could have been originally commenced in federal court. 28 U.S.C. § 1441(a); Grubbs v. General Electric Credit Corp., (1972) 405 US 699, 702. The propriety of removal is determined at the time the petition for removal is filed by reference to the Plaintiff's complaint filed in state court. La Chemise Lacoste v. Alligator Co. (3d Cir. 1974) 506 F2d 339, 343-344. When the complaint states a claim invoking the original jurisdiction of the federal court, the action is removable. (Id.) Under the Judicial Code, federal district courts have original jurisdiction in the district courts over all actions brought under 42 USC §§ 1983, 2101 *et seq.*, and 21281 *et seq.*, and 29 U.S.C. §§ 794 *et seq. See* 28 U.S.C. § 1343(a)(3). Moreover, the Code confers original jurisdiction in the district courts over all actions involving federal questions.

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

3

**NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1441(a) AND 1446(a)-(b) BY DEFENDANT COUNTY OF LOS ANGELES**

N:\files\2565-Cardenas Sr. (COLA)\Pleadings\Notice of Removal\p-Ntc of Removal (Fed).docx

1   *See* 28 USC § 1331.

2       Here, as to the removing Defendant, the fifth cause of action for "Violation of

3   Civil Rights," the sixth cause of action for "Americans With Disabilities Act," and

4   the seventh cause of action for "Section 504 of the Rehabilitation Act" invoke

5   federal questions, as they involve claims under federal law (42 U.S.C. § 1983,

6   12101 *et seq.* and 12181, *et seq.*, and 29 U.S.C. §§ 794, *et seq.*) against this

7   removing Defendant.  As Plaintiffs have invoked federal law as the basis for one of

8   their claims, this Court has original jurisdiction over Plaintiffs' action and removal

9   is proper.  See, 28 USC § 1331.

10      The Court also has supplemental jurisdiction over all of Plaintiffs' state law

11  claims/causes of action set forth in the Complaint as they arise from the same

12  common nucleus of operative facts as Plaintiffs' Federal Claims.  28 U.S. Code §

13  1367.  Accordingly, this Court has jurisdiction over the entirety of Plaintiffs' action

14  and this removal is proper.

15                    **IV.    <u>NOTICE TO THE COURT AND PARTIES</u>**

16      Contemporaneous with the filing of this Notice of Removal to the United

17  States District Court for the Central District of California, the undersigned will give

18  written notice of such filing to Plaintiff and a copy of the Notice of Removal will be

19  filed with the Clerk of the Court for the California Superior Court of the County of

20  Los Angeles, California. (Pang Decl., ¶6.)

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

4

**NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO FEDERAL
COURT PURSUANT TO 28 U.S.C. §§ 1441(a) AND 1446(a)-(b)
BY DEFENDANT COUNTY OF LOS ANGELES**

N:\files\2565-Cardenas Sr. (COLA)\Pleadings\Notice of Removal\p-Ntc of Removal (Fed).docx

WHEREFORE, the above-entitled action, now pending in the Superior Court of the State of California, County of Los Angeles, is removed to the United States District Court for the Central District of California.

DATED:  July 30, 2021          **PETERSON   BRADFORD   BURKWITZ**

By:      */s/ Darren V. Pang, Esq.*
Avi Burkwitz, Esq.
Darren V. Pang, Esq.
Attorneys for Defendant,
County of Los Angeles

**NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1441(a) AND 1446(a)-(b) BY DEFENDANT COUNTY OF LOS ANGELES**

N:\files\2565-Cardenas Sr. (COLA)\Pleadings\Notice of Removal\p-Ntc of Removal (Fed).docx

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On July 30, 2021, I served the foregoing document described as:
**NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1441(a) AND 1446(a)-(b) BY DEFENDANT COUNTY OF LOS ANGELES**

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

## SEE ATTACHED MAILING LIST

☐ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒ **BY MAIL:**  I deposited such envelope in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid.  As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE:**  I delivered such envelope by hand to the addressee.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 30, 2021, at Burbank, California.

*/s/ Marisela X. Tesillo*

Marisela X. Tesillo

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

N:\files\2565-Cardenas Sr. (COLA)\Pleadings\Notice of Removal\p-Ntc of Removal (Fed).docx

## SERVICE LIST

RE:   **S.C. et al v. County of Los Angeles**

       **Case
       No.:**

Rosa K. Hirji, Esq.
Alexander F. Rodriguez
Law Office of Hirji  & Chau, LLP.
5173 Overland Ave
Culver City, Ca 90230

Suzanne N. Snowden, Esq.
SJM Law Group, LLP
1295 W. Sunset Blvd
Los Angeles, Ca 90026

**Attorneys for Plaintiffs S.C. through
his Guardian ad litem Sergio
Cardenas, Sr.**

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO FEDERAL
COURT PURSUANT TO 28 U.S.C. §§ 1441(a) AND 1446(a)-(b)
BY DEFENDANT COUNTY OF LOS ANGELES

N:\files\2565-Cardenas Sr. (COLA)\Pleadings\Notice of Removal\p-Ntc of Removal (Fed).docx