UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV21-06163-AS | Date | August 18, 2021 |
|---|---|---|---|
| Title | S.C. v. County of Los Angeles et al | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| N/A | N/A |

**Proceedings:**       (IN CHAMBERS) ORDER TO SHOW CAUSE

On July 30, 2021, Plaintiff filed a complaint (Docket Entry No. 1). On August 3, 2021, the Court issued a minute order (Docket No. 5), reminding plaintiff that a proof of service must be filed within 10 days of service of the summons and complaint. Additionally, on August 17, 2021, a second Stipulation to Extend Defendant's Time to Respond to Complaint (Docket No. 9) was filed. To date, Plaintiff has failed to file a proof of service or request an extension of time in which to do so.

The parties are reminded that in order for the above-entitled case to proceed with the assigned magistrate judge, they must file and serve joint or separate Consent form(s), indicating whether each party consents to have a magistrate judge assigned to this case. Plaintiff must file the Consent form within forty-two (42) days after service of the summons and complaint upon the first-served defendant. Each defendant must file the Consent form within forty-two (42) days after service of the summons and complaint upon that defendant. If the United States, an agency of the United States, or an officer or employee of the United States is a defendant, the government must file the Consent form within sixty (60) days after service of summons and complaint upon each defendant.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE no later than **August 23, 2021** why this action should not be dismissed with prejudice for failure to prosecute. Plaintiff may discharge this Order by filing a proof of service.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | AF |