UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV 21-6163-MWF (PDx)                **Date:** July 7, 2023
**Title:**   S.C. v. County of Los Angeles et al

**Present:**   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

|  |  |
|---|---|
| Deputy Clerk: | Court Reporter: |
| Rita Sanchez | Not Reported |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER TO SHOW CAUSE RE: SUPPLEMENTAL
JURISDICTION OVER STATE LAW CLAIMS;
SETTING OSC HEARING; AND CONTINUING
HEARING ON MOTIONS TO DISMISS SECOND
AMENDED COMPLAINT [93] [94] [95] TO
AUGUST 7, 2023

On July 30, 2021, this action was removed from Los Angeles County Superior
Court by Defendant County of Los Angeles.  (Docket No. 1).  No other Defendant
joined the Notice of Removal.

On, January 5, 2023, the Court dismissed certain state law claims from the First
Amended Complaint ("FAC") *without prejudice* against Defendants LAUSD and
ABCUSD based on sovereign immunity principles.  (FAC Dismissal Order (Docket
No. 77)).  At the hearing on the Motions to Dismiss the FAC, counsel for Plaintiff
suggested that he intended to refile the dismissed claims in state court where
Defendants would not enjoy such immunity.

If Plaintiff has filed, or intends to file, such a state court complaint, there will
unavoidably be a parallel state court action regarding the same set of facts as this
action, which will presumably determine certain Defendants' duties under state law.  In
light of the seemingly inevitable parallel state court action, and in reviewing the
Second Amended Complaint ("SAC"), the Court has come to the view that it would be
appropriate to decline to exercise supplemental jurisdiction over, and to therefore
remand, all remaining state law claims against *all* Defendants.  Any parallel state court

---

**CIVIL MINUTES—GENERAL**                                        1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** **CV 21-6163-MWF (PDx)**                    **Date:** **July 7, 2023**
**Title:**      S.C. v. County of Los Angeles et al

proceeding would be the more appropriate forum to litigate complicated and novel issues of state law that implicate the duties of multiple state entities with respect to educational and welfare services provided to a Juvenile Court dependent minor.  These issues raise uniquely state interests, and the inevitable pendency of an ongoing, parallel state court action suggests that there are compelling reasons to remand the state law claims, while retaining jurisdiction over the federal claims.  *See* 28 U.S.C. § 1367(c) ("The district courts may decline to exercise supplemental jurisdiction . . .if . . . the claim raises a novel or complex issue of State law" or "in exceptional circumstances, there are other compelling reasons for declining jurisdiction.").

   The Court, however, is unaware if Plaintiff ever filed a parallel state court complaint following the FAC Dismissal Order or if such a complaint will be filed in the foreseeable future.

   Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, by no later than **July 14, 2023**, as to whether the Court should decline to exercise supplemental jurisdiction over all remaining state law claims.  Plaintiff should address (1) whether a state court complaint was filed following this Court's FAC Dismissal Order; (2) if not, whether and when such a complaint will be filed; and (3) Plaintiff's preferred outcome, supported by case law and reasoning, as to whether this Court should exercise supplemental jurisdiction over the state law claims.

   Defendants may file a Reply to the OSC by no later than **July 21, 2023**, indicating their stated position(s), supported by case law and/or arguments.  If Defendants are aligned, they may file a Joint Reply, otherwise each Defendant is granted leave to file an individual Reply.  No OSC brief shall exceed 5 pages.

   The Court sets a hearing on the OSC for **August 7, 2023**.  The hearing on the currently pending Motions to Dismiss the SAC, set for July 17, 2023, is hereby **CONTINUED** to **August 7, 2023**, at **10:00 AM** to be heard together with arguments on the OSC.

   IT IS SO ORDERED.